## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Amber Knautz, individually and on behalf of all others similarly situated,<br><br>                                                Plaintiff,<br><br>-v.-<br><br>Walmart Inc.,<br><br>                                                Defendant. | Case No. 3:22-cv-50236<br><br>**DECLARATION OF ANDREW LEFF IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

I, Andrew Leff, do hereby declare as follows:

1.        I am an associate with the law firm Covington & Burling LLP, counsel to Defendant Walmart Inc. in this action.  I am submitting this declaration to put documents before the Court in connection with Defendant's Motion to Dismiss in this case.  This declaration is based on my personal knowledge and on information and documents in the possession of my firm.

2.        Attached as **Exhibit A** is a summary of putative class actions filed by Plaintiffs' firm, Sheehan & Associates, in Illinois federal district courts (in 2021 and 2022), as well as in New York and California federal district courts (November 2017 through November 2021), as reported by Westlaw on November 9, 2021, and Bloomberg Law on November 4, 2022.

3.        Attached as **Exhibit B** is a true and correct copy of Plaintiff's Complaint in this case, filed as Dkt. No. 1.

4.        Attached as **Exhibit C** is a true and correct copy of U.S. Patent and Trademark Office filings for the COFFEE RICH mark on coffee creamer.  These documents are publicly available at https://tsdr.uspto.gov/documentviewer?caseId=sn72175391#docIndex=0&page=1.

5.     Attached as **Exhibit D** is a true and correct copy of U.S. Patent and Trademark Office filings for the COFFEE MATE mark on coffee creamer.  These documents are publicly available at https://tsdr.uspto.gov/documentviewer?caseId=sn72259404#docIndex=0&page=1.

I declare under penalty of perjury that the foregoing is true and correct.


*/s/Andrew Leff*
Andrew Leff

620 Eighth Avenue
New York, N.Y. 10018
Telephone: (212) 841-1000
aleff@cov.com

*Attorney for Defendant*
*Walmart Inc.*


Executed in New York, New York on November 14, 2022.

# EXHIBIT A

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 1 | *Lesorgen v. Mondelez Global LLC*, No. 3:22-cv-50375 | N.D. Ill. | 10/28/2022 | chewing gum (mint flavoring) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 2 | *Jackson-Dorsey v. Conagra Brands, Inc.*, No. 1:22-cv-05863 | N.D. Ill. | 10/24/2022 | microwave popcorn (real ingredients) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 3 | *Martinez v. Unilever United States, Inc.*, No. 1:22-cv-05664 | N.D. Ill. | 10/15/2022 | Mint Chocolate Chip ice cream (mint flavoring) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 4 | *Carmen v. Zesty Paws LLC*, No. 1:22-cv-05529 | N.D. Ill. | 10/9/2022 | nutritional supplements for pets (active ingredients) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 5 | *Forlenza v. Herr Foods Incorporated*, No. 1:22-cv-05278 | N.D. Ill. | 9/27/2022 | jalapeño poppers flavored cheese curls (flavors) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 6 | *Barnett v. Schwan's Consumer Brands, Inc.*, No. 3:22-cv-02178 | S.D. Ill. | 9/18/2022 | frozen apple pie (real butter) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 7 | *Wilim v. 7-Eleven, Inc.*, No. 1:22-cv-04886 | N.D. Ill. | 9/9/2022 | jalapeño peanuts (flavoring) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 8 | *Moore v. Kellogg Sales Company*, No. 3:22-cv-03172 | C.D. Ill. | 9/5/2022 | toasted wheat crackers (whole grain) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 9 | *Suarez v. Conagra Brands, Inc.*, No. 1:22-cv-04743 | N.D. Ill. | 9/4/2022 | sunflower seeds (flavoring) | Wisconsin Deceptive Trade Practices Act ("DTPA"), Wis. Stat. § 100.18 and/or Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 10 | *Sumner v. Kroger Co.*, No. 3:22-cv-01950 | S.D. Ill. | 8/21/2022 | coffee creamer (dairy ingredients) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 11 | *Borovoy v. Mark Anthony Brands Inc.*, No. 1:22-cv-04251 | N.D. Ill. | 8/11/2022 | flavored alcoholic beverages (natural lime) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 12 | *Baker v. Walmart Inc.*, No. 3:22-cv-03148 | C.D. Ill. | 8/7/2022 | honey mustard (sugar) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 13 | *Guzman v. Walmart Inc.*, No. 1:22-cv-03465 | N.D. Ill. | 7/5/2022 | mayonnaise dressing (olive oil) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 14 | *Leshchiner v. Kellogg Sales Company*, No. 1:22-cv-03464 | N.D. Ill. | 7/3/2022 | cranberry almond chewy nut bars (amount of cranberries and almonds) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 15 | *Knautz v. Walmart Inc.*, No. 3:22-cv-50236 | N.D. Ill. | 7/1/2022 | coffee creamer (dairy ingredients) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 16 | *Nastali v. Dollar General Corporation*, No. 3:22-cv-50212 | N.D. Ill. | 6/19/2022 | Fudge Mint Cookies (fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 17 | *Garza v. Nestle USA, Inc.*, No. 1:22-cv-0309 | N.D. Ill. | 6/14/2022 | infant formula with iron (transition formula) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 18 | *Hunt v. General Mills Sales, Inc.*, No. 1:22-cv-02835 | N.D. Ill. | 5/29/2022 | granola bars (honey) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 19 | *Brown v. Zamora Company USA, LLC*, No. 1:22-cv-02703 | N.D. Ill. | 5/22/2022 | premium rum (authencity) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 20 | *Davis v. Ricola USA, Inc.*, No. 3:22-cv-03071 | C.D. Ill. | 5/8/2022 | cough suppressant and oral anesthetic lozenges (herbs inactive ingredients) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 21 | *Melvan v. General Mills Sales, Inc.*, No. 1:22-cv-02114 | N.D. Ill. | 4/24/2022 | rye flour snack mix (whole grain) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 22 | *Biczo v. Ferrara Candy Company*, No. 1:22-cv-01967 | N.D. Ill. | 4/16/2022 | caramel candy (real milk) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 23 | *Cristia v. Trader Joe's Company*, No. 1:22-cv-01788 | N.D. Ill. | 4/6/2022 | juice, cold pressed (cold pressed process) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 24 | *Ledezma v. Upfield US Inc.*, No. 1:22-cv-01618 | N.D. Ill. | 3/28/2022 | vegetable oil spread (olive oil) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 25 | *Clark v. Blue Diamond Growers*, No. 1:22-cv-01591 | N.D. Ill. | 3/27/2022 | almonds, smokehouse (smoked flavor) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 26 | *Harmon v. Pharmavite LLC*, No. 3:22-cv-50091 | N.D. Ill. | 3/26/2022 | fruit flavored gummy vitamins (natural flavors) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 27 | *McDermott v. General Mills Sales, Inc.,* No. 1:22-cv-01555 | N.D. Ill. | 3/24/2022 | fruit snacks filled with fruit flavored liquids (natural flavors) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 28 | *Smith v. General Mills Sales, Inc.*, No. 1:22-cv-01529 | N.D. Ill. | 3/23/2022 | frozen cheese pizza rolls (cheese) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 29 | *Raczkowski v. Pinnacle Foods Inc*, No. 2:22-cv-02061 | C.D. Ill. | 3/22/2022 | vegetable oil spread (olive oil) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 30 | *Gardner v. Ferrara Candy Company* , No. 1:22-cv-01272 | N.D. Ill. | 3/10/2022 | hard caramel candy (caramel) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 31 | *Sneed v. Ferrero U.S.A., Inc* ., No. 1:22-cv-01183 | N.D. Ill. | 3/6/2022 | sweet cream cocoa wafer (cream) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 32 | *Hamidani v. Bimbo Bakehouse LLC* , No. 1:22-cv-0102 | N.D. Ill. | 2/26/2022 | brown bread (whole grain) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 33 | *Crawford v. Arizona Beverages USA LLC* , No. 3:22-cv-00220 | S.D. Ill. | 2/6/2022 | combination of iced tea and lemonade (lite) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 34 | *Surratt v. CVS Pharmacy, Inc.* , No. 1:22-cv-00650 | N.D. Ill. | 2/5/2022 | infant formula with iron (toddler) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 35 | *Matthews v. Polar Corp.*, No. 1:22-cv-00649 | N.D. Ill. | 2/4/2022 | carbonated water (lemon) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 36 | *Alexander v. BlueTriton Brands, Inc.*, No. 1:22-cv-00648 | N.D. Ill. | 2/4/2022 | sparkling water (lemon) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 37 | *Kowal v. Snyder's-Lance, Inc.*, No. 1:22-cv-00441 | N.D. Ill. | 1/25/2022 | butter snap pretzels (butter) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 38 | *Haas v. Aldi Inc.*, No. 1:22-cv-00375 | N.D. Ill. | 1/22/2022 | pretzels, fudge (fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 39 | *Cox v. Star Brands North America, Inc.*, No. 3:22-cv-00141 | S.D. Ill. | 1/22/2022 | pretzels, fudge (fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 40 | *Gouwens v. Target Corporation*, No. 3:22-cv-50016 | N.D. Ill. | 1/16/2022 | fruit punch beverage concentrate (natural flavors) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breach of Contract; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 41 | *Jacobs v. Whole Foods Market Group, Inc.*, No. 1:22-cv-00002 | N.D. Ill. | 1/1/2022 | rice pilaf (packaging) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 42 | *Wilim v. Mondelez Global LLC*, No. 1:21-cv-06855 | N.D. Ill. | 12/24/2021 | honey wheat crackers (honey, whole grain) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 43 | *Hancock v. Arizona Beverages USA LLC*, No. 3:21-cv-01735 | S.D. Ill. | 12/22/2021 | mango drinks (fortified) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 44 | *Foster v. Nestle Health Science US Holdings, Inc.*, No. 1:21-cv-01360 | C.D. Ill. | 12/21/2021 | peppermint oil capsules (medical food) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 45 | *Swanberg v. Trader Joe's Company*, No. 1:21-cv-06496 | N.D. Ill. | 12/4/2021 | Honey graham crackers (honey, whole grain graham flour) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 46 | *DeMaso v. Walmart Inc.*, No. 1:21-cv-06334 | N.D. Ill. | 11/28/2021 | cookies (fudge/chocolate) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 47 | *Fleming v. Del Monte Foods, Inc.*, No. 3:21-cv-01462 | S.D. Ill. | 11/19/2021 | green beans (preservative) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 48 | *Spell v. Inventure Foods, Inc.*, No. 3:21-cv-01426 | S.D. Ill. | 11/14/2021 | Crunchy Fries Snack (potatoes) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 49 | *Kuciver v. KSF Acquisition Corporation*, No. 1:21-cv-05964 | N.D. Ill. | 11/6/2021 | meal replacement foods (clinically proven) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 50 | *OLeary v. The Stop & Shop Supermarket Company LLC*, No. 7:21-cv-08918 | S.D.N.Y. | 11/1/2021 | fish oil capsules (authentic) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 51 | *Dildine v. 7-Eleven, Inc.*, No. 6:21-cv-06668 | W.D.N.Y. | 10/30/2021 | Extra Strength Energy "shots" (natural flavors) | New York General Business Law §§ 349 & 350; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 52 | *Hawkins v. The Coca-Cola Company* , No. 7:21-CV-08788 | S.D.N.Y. | 10/28/2021 | piña colada flavored soda (natural flavors) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 53 | *Kuciver v. Fermented Sciences, Inc.* , No. 1:21-cv-05668 | N.D. Ill. | 10/24/2021 | hard seltzer, Hard Kombucha (fortified) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 54 | *Russett v. Kellogg Sales Company* , No. 7:21-cv-08572 | S.D.N.Y. | 10/19/2021 | Whole Grain Frosted Strawberry Toaster Pastries (whole grain, strawberries) | New York General Business Law §§ 349 & 350; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 55 | *Troutt v. Mondelez Global LLC* , No. 3:21-cv-01279 | S.D. Ill. | 10/19/2021 | shortbread cookies (authentic) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 56 | *Cerretti v. Whole Foods Market Group, Inc.* , No. 1:21-cv-05516 | N.D. Ill. | 10/17/2021 | ice cream bars (chocolate) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 57 | *Quinn v. Trader Joe's Company* , No. 1:21-cv-05513 | N.D. Ill. | 10/16/2021 | toaster pastries (strawberry) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 58 | *Mogollon v. Costco Wholesale Corp*., No. 1:21-cv-08361 | S.D.N.Y. | 10/10/2021 | Ground Himalayan Pink Salt (authentic origins) | New York General Business Law §§ 349 & 350; Connecticut Unfair Trade Practices Act Sec. 42-110a et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 59 | *Khaimova v. Anheuser-Busch, LLC*, No. 1:21-cv-05268 | N.D. Ill. | 10/5/2021 | hard seltzer (Agave) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 60 | *Jackson v. Kraft Heinz Foods Company*, No. 1:21-cv-05219 | N.D. Ill. | 10/2/2021 | pizza bagels (cheese, tomato sauce) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 61 | *Kelly v. Kasim International Corp.*, No. 1:21-CV-08134 | S.D.N.Y. | 10/1/2021 | Nectars (identify preservatives) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 62 | *Strow v. B&G Foods, Inc.*, No. 1:21-cv-05104 | N.D. Ill. | 9/27/2021 | no-stick spray (butter) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 63 | *Hauger v. Dollar General Corporation*, No. 1:21-cv-01270 | C.D. Ill. | 9/23/2021 | crackers (whole grain graham, honey) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 64 | *Valcarcel v. Ahold U.S.A., Inc.*, No. 1:21-CV-07821 | S.D.N.Y. | 9/18/2021 | cinnamon flavored gram crackers (whole grain flour) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 65 | *Sanders v. The Hillshire Brands Company*, No. 3:21-cv-01155 | S.D. Ill. | 9/18/2021 | Breakfast sandwiches (whole grain) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 66 | *Read v. Anheuser-Busch Inbev Worldwide Inc.*, No. 1:21-cv-01261 | C.D. Ill. | 9/11/2021 | hard seltzer (Agave) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 67 | *Huston v. Conagra Brands, Inc.,* No. 4:21-cv-04147 | C.D. Ill. | 9/4/2021 | brownie mix (chocolate fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 68 | *Burns v. General Mills Sales, Inc.,* No. 3:21-cv-01099 | S.D. Ill. | 9/3/2021 | brownie mix (chocolate fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 69 | *Akers v. Costco Wholesale Corporation,* No. 3:21-cv-01098 | S.D. Ill. | 9/3/2021 | carbonated (sparkling) flavored water (flavoring) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 70 | *Angeles v. BlueTriton Brands, Inc.* , No. 1:21-CV-07255 | S.D.N.Y. | 8/29/2021 | Carbonated mineral water with lemon (deceptive lemon ingredient and packaging) | New York General Business Law §§ 349 & 350; Violation of State Consumer Fraud Acts (On Behalf of the Consumer Fraud Multi-State Class); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 71 | *Lederman v. The Hershey Company* , No. 1:21-cv-04528 | N.D. Ill. | 8/24/2021 | chocolate topping (chocolate fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 72 | *Bartosiake v. Bimbo Bakeries USA, Inc .,* No. 1:21-cv-04495 | N.D. Ill. | 8/23/2021 | chocolate cake (chocolate fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 73 | *Reinitz v. Kellogg Sales Company* , No. 1:21-cv-01239 | C.D. Ill. | 8/23/2021 | toaster pastries (chocolate fudge) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 74 | *Harris v. Kellogg Sales Company* , No. 3:21-cv-01040 | S.D. Ill. | 8/21/2021 | toaster pastries (strawberry) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 75 | *Harris v. Kashi Sales, L.L.C.* , No. 3:21-cv-50376 | N.D. Ill. | 8/16/2021 | cereal bars (mixed berries and honey) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Violation of State Consumer Fraud Acts; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 76 | *Cashman v. Ferrara Candy Company*, No. 1:21-cv-04033 | N.D. Ill. | 7/29/2021 | cookies (fudge/chocolate) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 77 | *Rudy v. D F Stauffer Biscuit Co Inc.*, No. 1:21-cv-3938 | N.D. Ill. | 7/24/2021 | lemon snaps (lemons) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 78 | *Steinberg v. Icelandic Provisions, Inc.*, No. 3:21-CV-05568 | N.D.C.A. | 7/20/2021 | Icelandic dairy product (authentic skyr) | Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq. Unlawful Conduct Prong; Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq. Unfair and Fraudulent Conduct Prongs;Violation of California's False Advertising Law, Cal. Bus. & Prof. Code § 17500 et seq.;   Violation of California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 et seq.; Unjust Enrichment |
| 79 | *Rice v. Dreyer's Grand Ice Cream, Inc. et al*, No. 1:21-cv-03814 | N.D. Ill. | 7/18/2021 | ice cream bars (chocolate, milk chocolate) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 80 | *Karlinski v. Costco Wholesale Corporation*, No. 1:21-cv-03813 | N.D. Ill. | 7/17/2021 | ice cream bars (chocolate) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 81 | *Ivory v. Nestle USA, Inc.*, No. 1:21-cv-01193 | C.D. Ill. | 7/13/2021 | coffee creamer (serving size) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 82 | *Austin et al v. Chobani, LLC*, No. 7:21-CV-05949 | S.D.N.Y. | 7/12/2021 | Yogurt, dairy farms (Fair Trade Certified Dairy scam) | Florida Deceptive and Unfair Trade Practices Act, New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 83 | *Shelton v. Kraft Heinz Foods Company*, No. 3:21-cv-00799 | S.D. Ill. | 7/11/2021 | butter-flavored crackers (vegetable oils) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 84 | *Ferguson v. Tropicale Foods, LLC*, No. 1:21-CV-03775 | S.D.N.Y. | 7/6/2021 | Mexico ice pops (whole ingredients; authenticity) | New York General Business Law ("GBL") §§ 349 & 350 (Consumer Protection Statute); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 85 | *Rudy v. Family Dollar Stores, Inc.*, No. 1:21-cv-03575 | N.D. Ill. | 7/5/2021 | nuts, almonds (smoked flavor) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 86 | *Vesota v. Aldi Inc.*, No. 1:21-cv-03574 | N.D. Ill. | 7/3/2021 | imported cheese (smoked flavor) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 87 | *Chiappetta v. Kellogg Sales Company* , No. 1:21-cv-03545 | N.D. Ill. | 7/1/2021 | toaster pastries (strawberry) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 88 | *Zurliene v. Dreyers Grand Ice Cream, Inc.* , No. 3:21-cv-00747 | S.D. Ill. | 6/28/2021 | Ice cream bars (chocolate, vegetable oil) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 89 | *Smith v. Frito-Lay North America, Inc.* , No. 3:21-CV-04863 | N.D.C.A. | 6/24/2021 | corn chips, hint of lime (flavorings) | Violation of California Business & Professions Code §§ 17200 et seq. – Unlawful Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17200, et seq. – Unfair and Fraudulent Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17500, et seq. – False and Misleading Advertising); Unjust Enrichment |
| 90 | *Spurck v. Demet's Candy Company, LLC* , No. 7:21-CV-05506 | S.D.N.Y. | 6/23/2021 | White fudge covered pretzels (misrepresented as fudge) | New York General Business Law §§ 349 & 350 ; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 91 | *Elder v. Bimbo Bakeries USA, Inc* ., No. 3:21-cv-00637 | S.D. Ill. | 6/20/2021 | loaf cake (butter) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 92 | *Adams v. Tops Markets, LLC* , No. 1:21-CV-00753 | W.D.N.Y. | 6/19/2021 | Coffee (quality and package) | Vermont Consumer Fraud Act, 9 Vt. Stat. Ann §§ 2451, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq. 55.; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 93 | *Warren v. Whole Foods Market California, Inc .*, No. 3:21-CV-04577 | N.D.C.A. | 6/15/2021 | dairy coffee creamer (vanilla) | Violation of California Business & Professions Code §§ 17200 et seq. – Unlawful Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17200, et seq. – Unfair and Fraudulent Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17500, et seq. – False and Misleading Advertising); Unjust Enrichment |
| 94 | *Hodges et al v. King's Hawaiian Bakery West, Inc.* , No. 4:21-CV-04541 | N.D.C.A. | 6/11/2021 | Hawaiian Sweet Rolls (authentic) | Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq. Unlawful Conduct Prong; Violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq. Unfair and Fraudulent Conduct Prongs; Violation of California's False Advertising Law, Cal. Bus. & Prof. Code § 17500 et seq.; Violation of California's Consumers Legal Remedies Act, Cal. Civ. Code § 1750 et seq.; Violations of New York General Business Law Sections 349 and 350; Unjust Enrichment |
| 95 | *Schrode v. Arizona Beverages USA LLC* , No. 1:21-cv-03159 | N.D. Ill. | 6/11/2021 | ice-tea and lemonade beverage (calories) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 96 | *Hiltz v. Inventure Foods, Inc.* , No. 1:21-cv-03140 | N.D. Ill. | 6/10/2021 | onion snacks (onions) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 97 | *Tedeschi v. Diageo North America, Inc.* , No. 1:21-CV-04940 | S.D.N.Y. | 6/3/2021 | Mature Sugar Cane Rum ("Sistema Solera" aging process) | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation: Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 98 | *Javed v. Fairlife LLC* , No. 3:21-CV-04182 | N.D.C.A. | 6/2/2021 | high protein milk beverages (vanilla) | Violation of California Business & Professions Code §§ 17200 et seq. – Unlawful Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17200, et seq. – Unfair and Fraudulent Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17500, et seq. – False and Misleading Advertising; Violation of California Civil Code §§ 1750, et seq. – Consumers Legal Remedies Act); Unjust Enrichment |
| 99 | *Saldivar v. Nestle USA Inc.* , No. 3:21-CV-04162 | N.D.C.A. | 6/2/2021 | dairy coffee creamer (vanilla) | Violation of California Business & Professions Code §§ 17200 et seq. – Unlawful Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17200, et seq. – Unfair and Fraudulent Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17500, et seq. – False and Misleading Advertising); Unjust Enrichment |
| 100 | *Floyd v. Pepperidge Farm, Incorporated* , No. 3:21-cv-00525 | S.D. Ill. | 5/31/2021 | Butter-flavored crackers (vegetable oils) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 101 | *Williams v. Molson Coors Beverage Company* , No. 3:21-cv-50207 | N.D. Ill. | 5/22/2021 | hard seltzer (vitamin C) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 102 | *Wienhoff v. Conagra Brands, Inc.* , No. 3:21-cv-00501 | S.D. Ill. | 5/19/2021 | pudding snack (real milk) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 103 | *Gilker v. Chobani, LLC,* No. 3:21-cv-00488 | S.D. Ill. | 5/16/2021 | Yogurt (complete nutrition) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 104 | *Greco v. Moran Foods, LLC* , No. 5:21-CV-00562 | S.D.N.Y. | 5/15/2021 | McDaniel's Coffee Co (quantity of brewed cups) | New York General Business Law §§ 349 & 350 ; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 105 | *Barnett v. Frito-Lay North America, Inc* ., No. 3:21-cv-00470 | S.D. Ill. | 5/11/2021 | corn chips, hint of lime (flavorings) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 106 | *Oldrey v. Nestle Waters North America, Inc.* , No. 7:21-CV-03885 | S.D.N.Y. | 5/2/2021 | Sparkling water (raspberry and lime ingredients) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 107 | *Johnston v. Kashi Sales, L.L.C* ., No. 3:21-cv-00441 | S.D. Ill. | 5/2/2021 | cereal bars (strawberry) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 108 | *Wach et al v. Prairie Farms Dairy, Inc* ., No. 1:21-cv-2191 | N.D. Ill. | 4/22/2021 | ice cream (vanilla) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Wisconsin Deceptive Trade Practices Act ("DPTA"), Wis. Stat. § 100.20; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 109 | *Kelly v. Whole Foods Market Group, Inc.* , 1:21-CV-03124 | S.D.N.Y. | 4/11/2021 | Lemon Raspberry Italian Sparkling Mineral Water (real ingredients) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 110 | *Anderson et al v. The Hain Celestial Group, Inc.* , No. 2:21-CV-01621 | E.D.N.Y. | 3/26/2021 | baby food (identify toxic heavy metals) | Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101 et seq.; Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 111 | *Gancarz v. Beech-Nut Nutrition Company* , No. 1:21-CV-00258 | N.D.N.Y. | 3/4/2021 | baby food products (toxic metals) | New York General Business Law ("GBL") §§ 349 & 350 (Consumer Protection Statutes); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 112 | *Kinman v. The Kroger Co.* , No. 1:21-cv-01154 | N.D. Ill. | 2/28/2021 | imported cheese (smoked flavor) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 113 | *Hoover v. The Price Chopper, Inc.* , No. 1:21-CV-00228 | N.D.N.Y. | 2/27/2021 | lowfat yogurt (vanilla) | New York General Business Law ("GBL") §§ 349 & 350 (Consumer Protection Statutes); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 114 | *Lopez-Sanchez v. The Hain Celestial Group, Inc.* , No. 2:21-CV-01045 | E.D.N.Y. | 2/26/2021 | baby food products (toxic metals) | New York General Business Law ("GBL") §§ 349 & 350 (Consumer Protection Statutes); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 115 | *Gierwatowski v. Trader Joe's Co.*, No. 1:21-cv-01119 | N.D.C.A. | 2/25/2021 | cereal consisting of oat clusters and almonds (vanilla) | Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 116 | *Gierwatowski v. Trader Joe's Company*, No. 1:21-cv-01119 | N.D. Ill. | 2/25/2021 | cereal consisting of oat clusters and almonds (vanilla) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 117 | *Kekish v. Whole Foods Market Group, Inc.*, No. 7:21-CV-01562 | S.D.N.Y. | 2/22/2021 | almondmilk coffee creamer (vanilla) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 118 | *McCauley v. Cooperative Regions of Organic Producer Pools*, No. 7:21-CV-01548 | S.D.N.Y. | 2/21/2021 | Half & Half coffee creamer (French Vanilla) | New York General Business Law §§ 349 & 350 (and Consumer Protection Statutes of Other Identified States); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 119 | *Babb v. Zarbee's, Inc.*, No. 7:21-CV-01493 | S.D.N.Y. | 2/19/2021 | drug-free cough syrups for children (all natural ingredients) | New York General Business Law §§ 349 & 350 ; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 120 | *Kuciver v. Nestle Healthcare Nutrition, Inc*., No. 1:21-cv-00936 | N.D. Ill. | 2/19/2021 | powdered nutritional drink mix (vanilla) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 121 | *Puri v. Costco Wholesale Corp.*, No. 5:21-CV-01202 | N.D.C.A. | 2/18/2021 | ice cream bars purported to be dipped in chocolate and almonds (chocolate, vegetable oils) | Violation of California Business & Professions Code §§ 17200 et seq. – Unlawful conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17200, et seq. – Unfair and Fraudulent Conduct Prong of the UCL); Violation of California Business & Professions Code §§ 17500, et seq. – False and Misleading Advertising); Violation of Cal. Civ. Code § 1750 et seq. – California's Consumer Legal Remedies Act); Breach of Express Warranties Cal. Com. Code § 2313(1); Breach of Implied Warranty of Merchantability Cal. Com. Code § 2314; Breaches of Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 122 | *Micks v. The Hain Celestial Group, Inc.*, No. 1:21-cv-00835 | N.D. Ill. | 2/13/2021 | baby food products (toxic heavy metals) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 123 | *Schoonmaker v. Cape Cod Potato Chip Company, LLC*, No. 7:21-CV-01224 | S.D.N.Y. | 2/11/2021 | kettle cooked potato chips (no artifical flavors, colors or preservatives) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 124 | *Soto v. Nurture, Inc.*, No. 1:21-CV-01271 | S.D.N.Y. | 2/11/2021 | flavored rice puffs to babies (toxic heavy metals) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 125 | *In re Nurture Baby Food Litigation*, No. 1:21-CV-01217 | S.D.N.Y. | 2/10/2021 | baby food products (toxic heavy metals) | Violations of New York Consumer Law for Deceptive Acts and Practices N.Y. Gen. Bus. Law § 349; Violations of New York Consumer Law for Deceptive Acts and Practices N.Y. Gen. Bus. Law § 350; Violations of Florida's Deceptive and Unfair Trade Practices Act § 501.211(2); Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 126 | *In re Hain Celestial Heavy Metals Baby Food Litigation* , No. 2:21-CV-00678 | E.D.N.Y. | 2/8/2021 | baby food products (toxic heavy metals) | Breach Of Express Warranty; Breach Of Implied Warranty; Unjust Enrichment; Violation Of The Georgia Fair Business Practices Act (Ga. Code Ann. §10-1-390, Et Seq.); Violation Of The Georgia Uniform Deceptive Trade Practices Act (Ga. Code Ann. §10-1-370, Et Seq.) |
| 127 | *Suriano v. Nestle USA, Inc.* , No. 1:21-cv-00717 | N.D. Ill. | 2/8/2021 | non-dairy alternative coffee creamer (vanilla) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 128 | *Zahora v. Orgain, LLC* , No. 1:21-cv-00705 | N.D. Ill. | 2/8/2021 | nutritional beverages to children (vanilla) | Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), 815 ILCS 505/1, et seq.; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 129 | *Cavallero v. G.T Japan, Inc.* , No. 7:21-CV-01077 | S.D.N.Y. | 2/7/2021 | mochi ice cream (vanilla and not artifical flavors) | New York General Business Law ("GBL") §§ 349 & 350 (Consumer Protection Statutes); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 130 | *Marcinelli v. Kraft Heinz Foods Company* , No. 7:21-CV-01075 | S.D.N.Y. | 2/6/2021 | frozen pizza bagels (real mozzarella cheese) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 131 | *Thomas et al v. Beech-Nut Nutrition Company*, No. 1:21-CV-00133 | N.D.N.Y. | 2/5/2021 | baby food products (toxic heavy metals) | Breach of Express Warranty ; Breach of Implied Warranty of Merchantability; Fraudulent Misrepresentation; Fraud by Omission Against Defendant; Negligent Misrepresentation Against Defendant; Unjust Enrichment; Violation of the Private Right of Action for the Consumer Frauds Act, Iowa Code Chapter 714H; Violations of Illinois Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/1, et seq.; Violation of California's Consumer Legal Remedies Act, California Civil Code §§1750, et Seq.; Violation of California's False Advertising Law, California Business & Professions Code §§17500, Et Seq.; Violation of the Unfair Competition Law, California Business & Professions Code §§17200, Et Seq.; Violation of New Jersey's Consumer Fraud Act – Fraud in Connection with Sale or Advertisement of Merchandise, N.J. Stat. Ann. § 56:8-1, et. seq.; Violation of Minnesota Unlawful Trade Practices Act Minn. Stat. § 325D.13, et seq.; Violation of Minnesota Uniform Deceptive Trade Practices Act Minn. Stat. § 325D.44, et seq.; Violation of Minnesota False Statement in Advertising Act Minn. Stat. § 325F.67, et. seq.; Violation of Minnesota Prevention of Consumer Fraud Act Minn. Stat. § 325F.69, et. seq.; Violation of the Florida Deceptive And Unfair Trade Practices Fl. Stat. 501.201-501.213; Violation of Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Cons. Stat. Ann. §§201-1 et seq.; Violation of New York's Deceptive Acts and Practices, N.Y. Gen. Bus. Law § 349; Violation of New York's False Advertising Law, N.Y. Gen. Bus. Law § 350. |
| 132 | *Fleischer v. Aldi Inc.*, No. 1:21-CV-00443 | E.D.N.Y. | 1/27/2021 | smoked white cheddar cheese slices (smoking process) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 133 | *Lyons v. Mars Wrigley Confectionery US, LLC*, No. 7:21-CV-00620 | S.D.N.Y. | 1/23/2021 | mixed berries covered in chocolate (real berries) | New York General Business Law §§ 349 & 350 ; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 134 | *Mantini et al v. Icelandic Provisions, Inc.* , No. 7:21-CV-00618 | S.D.N.Y. | 1/23/2021 | Icelandic dairy product (authentic skyr) | Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. §201-1 et seq. and New York General Business Law ("GBL") §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Enjust Enrichment |
| 135 | *Werner v. Nestle Healthcare Nutrition, Inc.* , No. 7:21-CV-00408 | S.D.N.Y. | 1/17/2021 | high protein nutrition drinks (vanilla) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 136 | *Binns v. HP Hood LLC* , No. 7:21-CV-00319 | S.D.N.Y. | 1/13/2021 | Vanilla Ice Cream (vanilla) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 137 | *Socol v. 7-Eleven, Inc.* , No. 7:21-CV-00194 | S.D.N.Y. | 1/11/2021 | crunchy onion srings (real onions) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 138 | *Pizarro v. Ferrara Candy Company* , No. 7:21-CV-00151 | S.D.N.Y. | 1/8/2021 | fudge striped cookie (real fudge) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enri |
| 139 | *Newton v. Orgain Management, Inc.* , No. 1:21-CV-00062 | E.D.N.Y. | 1/6/2021 | non-dairy protein powder (vanilla) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 140 | *Beers v. Mars Wrigley Confectionery US, LLC* , No. 7:21-CV-00002 | S.D.N.Y. | 1/1/2021 | Ice cream bars, chocolate (chocolate flavoring and vegetable oil) | New York General Business Law §§ 349 & 350 ; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 141 | *Brietzke et al v. Chobani, LLC* , No. 1:20-CV-11097 | S.D.N.Y. | 12/31/2020 | Greek yogurts (less sugar) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 142 | *Paydar v. William Grant & Sons, Inc.* , No. 1:20-CV-10937 | S.D.N.Y. | 12/27/2020 | alcoholic beverages, Rum (authentic aged) | Consumer Protection Claims (New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8 1, et. seq.; Alabama Deceptive Trade Practices Act, Ala. Code § 8-19-1, et. seq.; District of Columbia Consumer Protection Procedures Act, D.C. Code §§ 28-3901, et. seq.; Florida Deceptive and Unfair Trade Practices, Act Florida Statutes§ 501.201, et. seq.; Georgia Fair Business Practices Act, §10-1-390 et. seq.; Indiana Deceptive Consumer Sales Act, Ind. Code §§ 24-5-0.5-1 et. seq.; North Carolina Unfair and Deceptive Trade Practices Act , N.C. Gen. Stat. § 75-1.1 et seq.; Ohio Rev. Code Ann. §§ 1345.02 and 1345.03; Ohio Admin. Code § 109; South Carolina Unfair Trade Practices Act, S.C. Code Law § 39-5-10, et. seq.; South Dakota's Deceptive Trade Practices and Consumer Protection Law, S.D. Codified Laws §§ 37 24 1, et. seq.; Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-101 et. seq.; Texas Deceptive Trade Practices-Consumer Protection Act, Tex. Bus. & Com. Code Ann. §§ 17.41 et. seq.; Virginia Consumer Protection Act, Va. Code Ann. §§ 59.1-196 et. seq.); Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 143 | *Moncure v. 7-Eleven, Inc.* , No. 1:20-CV-10935 | S.D.N.Y. | 12/26/2020 | blueberry donut holes (blueberry ingredient) | New York General Business Law §§ 349 & 350; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Negligent Misrepresentation; Fraud; Unjust Enrichment |
| 144 | *Galinsky v. King's Hawaiian LLC* , No. 7:20-CV-10931 | S.D.N.Y. | 12/25/2020 | Hawaiian Sweet Rolls (authentic) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 145 | *Akridge v. Whole Foods Market Group, Inc.* , No. 1:20-CV-10900 | S.D.N.Y. | 12/23/2020 | milk, eggs, fish, crustacean shellfish, tree nuts, wheat, peanuts and soybeans (identify major food allergens) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 146 | *Jones v. Dietz & Watson, Inc.* , No. 1:20-CV-06018 | E.D.N.Y. | 12/9/2020 | smoked provolone cheese (authentic) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 147 | *Salony v. VMG Partners, LLC* , No. 7:20-CV-10273 | S.D.N.Y. | 12/6/2020 | PopChips Ridges (Cheddar & Sour Cream) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 148 | *Nason v. Inventure Foods, Inc.* , No. 7:20-CV-10141 | S.D.N.Y. | 12/3/2020 | Baked Mozzarella Stick Snacks (cheese) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 149 | *Schelmetty v. Heineken USA Inc.* , No. 7:20-CV-09985 | S.D.N.Y. | 11/27/2020 | beer under the Tecate brand (authentic) | New York General Business Law §§ 349 & 350 And California Legal Remedies Act; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 150 | *Brown v. Mars Wrigley Confectionery US, LLC* , No. 1:21-CV-01996 | E.D.N.Y. | 11/24/2020 | vanilla ice cream bars (vanilla) | Violation of California Business & Professions Code §§ 17200 et seq. – Unlawful Conduct Prong of the "UCL"; Violation of California Business & Professions Code §§ 17200, et seq. – Unfair and Fraudulent Conduct Prong of the "UCL"; Violation of California Business & Professions Code §§ 17500, et seq. – False and Misleading Advertising; Violation of California's Consumer Legal Remedies Act Cal. Civ. Code § 1750 et seq.; Breach of Express Warranties Cal. Com. Code § 2313(1); Breach of Implied Warranty of Merchantability Cal. Com. Code § 2314; Fraud; Unjust Enrichment |
| 151 | *Prescott v. Nestlé Holdings, Inc.* , No. 1:20-CV-05683 | E.D.N.Y. | 11/22/2020 | Vanilla-flavored almondmilk coffee creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 152 | *Prescott v. Nestl Holdings, Inc* ., No. 1:20-CV-05683 | E.D.N.Y. | 11/22/2020 | almond milk coffee creamer (vanilla) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 153 | *Smith v. Abbott Laboratories Inc* ., No. 1:20-CV-05684 | E.D.N.Y. | 11/22/2020 | Toddler milk-based powder formula (milk) | New York General Business Law §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 154 | *Brown v. Kerry Inc.* , No.1:20-CV-09730 | S.D.N.Y. | 11/18/2020 | Spiced black tea concentrate (sugar) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 155 | *Kushner v. Monster Energy Co.*, No. 1:20-CV-05606 | E.D.N.Y. | 11/17/2020 | Vanilla-flavored coffee-based energy drinks (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 156 | *Alexander v. Wegmans Food Markets, Inc.*, No. 7:20-CV-09148 | S.D.N.Y. | 11/1/2020 | Vanilla-flavored almondmilk (vanilla) | Maryland Consumer Protection Act § 13-301 et seq. and New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 157 | *Prater v. Ariz. Beverages USA LLC*, No. 1:20-CV-09108 | S.D.N.Y. | 10/29/2020 | Iced-tea and lemonade blended beverages (sugar) | New York GBL §§ 349 & 350 and Consumer Protection Laws of New Jersey, Ohio, Maryland, and Pennsylvania; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 158 | *Kamara v. Pepperidge Farm, Inc.*, No. 1:20-CV-09012 | S.D.N.Y. | 10/28/2020 | Butter-flavored crackers (vegetable oils) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 159 | *Collishaw v. Cooperative Regions of Organic Producer Pools*, No. 7:20-CV-09009 | S.D.N.Y. | 10/27/2020 | Vanilla-flavored protein shake (organic flavor) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 160 | *Boswell v. Bimbo Bakeries USA, Inc.*, No. 1:20-CV-08923 | S.D.N.Y. | 10/25/2020 | Pound cake (soybean oil) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 161 | *Turnipseed v. Simply Orange Juice Co.*, No. 7:20-CV-08677 | S.D.N.Y. | 10/19/2020 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 162 | *Warren v. The Stop & Shop Supermarket Co., LLC* , No. 7:20-CV-08718 | S.D.N.Y. | 10/19/2020 | Honey graham crackers (sugar, whole grain flour) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 163 | *Brienza v. The Coca-Cola Co.* , No. 7:20-CV-08676 | S.D.N.Y. | 10/18/2020 | Orange vanilla soda (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 164 | *Wargo v. The Hillshire Brands Co.* , No. 7:20-CV-08672 | S.D.N.Y. | 10/17/2020 | Breakfast sandwiches (whole grain) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 165 | *Yu v. Froneri US* , No. 1:20-CV-08512 | S.D.N.Y. | 10/13/2020 | Ice cream bars (chocolate, vegetable oil) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 166 | *Mitchell v. Whole Foods Market Grp.* , No. 1:20-CV-08496 | S.D.N.Y. | 10/12/2020 | Ice cream bars (chocolate, vegetable oil) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 167 | *Myers v. Wakefern Food Corp.* , No. 7:20-CV-08470 | S.D.N.Y. | 10/12/2020 | Coconutmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 168 | *Jones v. Orgain, LLC* , No. 7:20-CV-08463 | S.D.N.Y. | 10/9/2020 | High protein milk drink (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 169 | *Figueroa v. Fairlife LLC*, No. 1:20-CV-04584 | E.D.N.Y. | 9/26/2020 | Vanilla-flavored high protein milk drink (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 170 | *Lugo v. Celestial Seasonings, Inc.*, No. 1:20-CV-04580 | E.D.N.Y. | 9/26/2020 | Honey vanilla-flavored chamomile herbal tea (honey, vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 171 | *Ynfante v. Fairlife*, No. 7:20-CV-07776 | S.D.N.Y. | 9/21/2020 | Vanilla-flavored high protein milk drink (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 172 | *Green v. Nestle Holdings*, No. 1:20-CV-07499 | S.D.N.Y. | 9/14/2020 | Vanilla-flavored almond milk creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 173 | *Carter v. Nestle USA*, No. 7:20-CV-07498 | S.D.N.Y. | 9/13/2020 | Vanilla-flavored dairy creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 174 | *Magnuson v. The Price Chopper*, No. 7:20-CV-07497 | S.D.N.Y. | 9/12/2020 | Vanilla bean ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 175 | *Nelson v. ITO EN (N. Am.) Inc.*, No. 7:20-CV-07496 | S.D.N.Y. | 9/12/2020 | Slightly Sweet Pomegranate Blueberry Green Tea (sugar content) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 176 | *LaRocca v. Frito-Lay, Inc.*, No. 1:20-CV-04245 | E.D.N.Y. | 9/11/2020 | Potato chips (sour cream) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 177 | *Parmely v. The Golub Corp.*, No. 7:20-CV-07491 | S.D.N.Y. | 9/11/2020 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350, Massachusetts General Laws Chapter 93A; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 178 | *Brown v. Kellogg Sales Co.*, No. 1:20-CV-07283 | S.D.N.Y. | 9/5/2020 | Pop Tarts (fruit filling) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 179 | *Briley v. Sara Lee Frozen Bakery, LLC*, No. 7:20-CV-07276 | S.D.N.Y. | 9/4/2020 | Pound cake (butter) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 180 | *Harrisingh v. Naked Juice Co. of Glendora, Inc.*, No. 1:20-CV-04036 | E.D.N.Y. | 8/29/2020 | Coconut water (coconut) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 181 | *Bynum v. Family Dollar Stores, Inc.*, No. 1:20-CV-06878 | S.D.N.Y. | 8/25/2020 | Smoked almonds (smoking) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 182 | *Wallace v. Wise Foods, Inc.*, No. 1:20-CV-06831 | S.D.N.Y. | 8/24/2020 | Potato chips (cheddar cheese) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 183 | *Watson v. Dietz & Watson, Inc.,* 1:20-CV-06550 | S.D.N.Y. | 8/17/2020 | Smoked gouda cheese (smoking) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 184 | *Rosenfeld v. Trader Joe's Co.*, No. 1:20-CV-03717 | E.D.N.Y. | 8/14/2020 | Crackers (amount of 12-grain blend, enriched white flour) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 185 | *James v. Hostess Brands, LLC*, 1:20-CV-06259 | S.D.N.Y. | 8/9/2020 | Carrot cake donettes (carrot) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 186 | *Duffy v. Lidl US, LLC*, No. 1:20-CV-03578 | E.D.N.Y. | 8/8/2020 | Vanilla bean-flavored ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 187 | *Weintz v. Pac. Foods of Or., LLC*, No. 1:20-CV-05385 | S.D.N.Y. | 7/13/2020 | Vanilla-flavored hemp beverage (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 188 | *Fisher v. Whole Foods Mkt. Grp., Inc.*, No. 1:20-CV-05339 | S.D.N.Y. | 7/11/2020 | Vanilla-flavored unsweetened coconutmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 189 | *Salerno v. The Coca-Cola Co.*, No. 7:20-CV-05235 | S.D.N.Y. | 7/8/2020 | Ice-tea beverages (sugar) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 190 | *Gaskell v. Chobani* , No. 7:20-CV-05199 | S.D.N.Y. | 7/7/2020 | Vanilla-flavored coffee creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 191 | *Jolly v. Quest Nutrition, LLC* , No. 7:20-CV-05125 | S.D.N.Y. | 7/5/2020 | White chocolate raspberry protein bar (white chocolate) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 192 | *Gil v. The Coca-Cola Co.* , No. 1:20-CV-05064 | S.D.N.Y. | 7/1/2020 | Vanilla-flavored soda (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 193 | *Marsella et al v. The Hain Celestial Grp., Inc.* , No. 1:20-CV-04936 | S.D.N.Y. | 6/26/2020 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350, Florida Statute s. 501.201 et seq.; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 194 | *Mena v. Conagra Brands, Inc.* , No. 1:20-CV-04505 | S.D.N.Y. | 6/12/2020 | Chocolate fudge pudding (milk) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 195 | *Rogers v. Casper's Ice Cream Inc.* , No. 1:19-CV-06064 | E.D.N.Y. | 6/9/2020 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 196 | *Guzman v. Aldi Inc.* , No. 1:20-CV-02550 | E.D.N.Y. | 6/8/2020 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 197 | *Cleary v. Wakefern Food Corp.*, No. 1:20-CV-02537 | E.D.N.Y. | 6/7/2020 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.; Fraud; Unjust Enrichment |
| 198 | *Sajnani et al v. The Hain Celestial Grp., Inc.*, No. 1:20-CV-04281 | S.D.N.Y. | 6/4/2020 | Vanilla-flavored oat beverage (vanilla) | New York GBL §§ 349 & 350, Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq.; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 199 | *Miller v. TC Heartland, LLC*, No. 1:20-CV-04182 | S.D.N.Y. | 6/1/2020 | Vanilla-flavored cold brew frappe (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 200 | *Falborn v. Unilever U.S., Inc.*, No. 7:20-CV-04138 | S.D.N.Y. | 5/29/2020 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 201 | *Sencen v. Froneri US, Inc.*, No. 7:20-CV-04024 | S.D.N.Y. | 5/24/2020 | Vanilla milk chocolate ice cream bars (chocolate containing vegetable oils) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 202 | *Sharma v. Wegmans Food Mkts., Inc.*, No. 1:20-CV-02210 | E.D.N.Y. | 5/15/2020 | Vanilla-flavored yogurt products (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 203 | *Mangone v. Hals Beverage, LLC*, No. 7:20-CV-03267 | S.D.N.Y. | 4/26/2020 | Seltzer (fruit juice) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 204 | *Ring v. Pervine Foods, LLC* , No. 1:20-CV-01852 | E.D.N.Y. | 4/19/2020 | Protein Bars (evaporated cane juice) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 205 | *Biegel v. Blue Diamond Growers* , No. 7:20-CV-03032 | S.D.N.Y. | 4/15/2020 | Vanilla-flavored almondmilk yogurt alternative (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 206 | *Tinelli v. Costco Wholesale Corp.* , No. 1:20-CV-02983 | S.D.N.Y. | 4/13/2020 | Chocolate almond dipped vanilla ice cream bars (chocolate containing vegetable oil) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 207 | *Bardsley v. Nonni's Foods, LLC* , No. 7:20-CV-02979 | S.D.N.Y. | 4/11/2020 | Biscotti (lemon) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 208 | *Rankin v. Arca Cont'l S.A.B. de C.V.* , No. 1:20-CV-01756 | E.D.N.Y. | 4/9/2020 | Potato chips (GMO ingredients) | New York GBL §§ 349 & 350; Violation of State Consumer Protection Statutes; Negligent Misrepresentation; Breaches of Express Warranty; Unjust Enrichment |
| 209 | *Santiful v. Wegmans Food Mkts., Inc.* , No. 7:20-CV-02933 | S.D.N.Y. | 4/9/2020 | Vanilla cake mix (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 210 | *Ali v. All Market* , No. 7:20-CV-02823 | S.D.N.Y. | 4/6/2020 | Vanilla-flavored coconut milk beverage (vanilla) | Florida's Deceptive and Unfair Trade Practices Act, § 501.201 et seq, New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 211 | *Miller v. Wegmans Food Mkts., Inc.*, No. 1:20-CV-01703 | E.D.N.Y. | 4/6/2020 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 212 | *Buonocore v. Aldi Inc.*, No. 1:20-CV-01699 | E.D.N.Y. | 4/5/2020 | Vanilla-flavored almondmilk coffee creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 213 | *Rodriguez v. 7-Eleven, Inc.*, No. 1:20-CV-02636 | S.D.N.Y. | 3/29/2020 | Lemon cookies (lemon) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 214 | *Gilleo v. The J.M. Smucker Co.*, No. 7:20-CV-02519 | S.D.N.Y. | 3/24/2020 | Caramel flavored syrup (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 215 | *Colpitts v. Blue Diamond Growers*, No. 1:20-CV-02487 | S.D.N.Y. | 3/22/2020 | Almonds (smoking) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 216 | *Cruz v. D.F. Stauffer Biscuit Co. Inc.*, No. 1:20-CV-02402 | S.D.N.Y. | 3/19/2020 | Cookies (lemon) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 217 | *Cohen v. Wegmans Food Mkts., Inc.*, No. 1:20-CV-01409 | E.D.N.Y. | 3/16/2020 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Fraud Act N.J.S.A. § 56:8-1, et. seq; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 218 | *Lamonakis v. Blue Diamond Growers*, No. 1:20-CV-01347 | E.D.N.Y. | 3/12/2020 | Vanilla-flavored almondmilk and coconutmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 219 | *Ferreri v. Chobani, LLC*, No. 1:20-CV-02161 | S.D.N.Y. | 3/10/2020 | Vanilla greek yogurt (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 220 | *Webber v. McDonald's Corp.*, No. 7:20-CV-02058 | S.D.N.Y. | 3/8/2020 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 221 | *Spitzer v. Celestial Seasonings, Inc.*, No. 1:20-CV-02000 | S.D.N.Y. | 3/6/2020 | Vanilla-flavored tea (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 222 | *Ithier v. Frito-Lay N. Am., Inc.*, No. 7:20-CV-01810 | S.D.N.Y. | 3/1/2020 | Potato chips (cheddar cheese) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 223 | *Angeles v. Tillamook Cty. Creamery Ass'n*, No. 1:20-CV-01764 | S.D.N.Y. | 2/28/2020 | Vanilla-flavored yogurt (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 224 | *Hiland v. Whole Foods Mkt. Grp., Inc.*, No. 7:20-CV-01680 | S.D.N.Y. | 2/26/2020 | Vanilla-flavored rice milk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 225 | *Kyszenia v. The Hain Celestial Grp., Inc.*, No. 1:20-CV-00979 | E.D.N.Y. | 2/23/2020 | Vanilla-flavored rice beverage (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 226 | *Budhani v. Monster Beverage Co.*, No. 1:20-CV-01409 | S.D.N.Y. | 2/18/2020 | Vanilla-flavored espresso drinks (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 227 | *Campbell v. Whole Foods Mkt. Grp., Inc.*, No. 1:20-CV-01291 | S.D.N.Y. | 2/13/2020 | Graham Crackers (sugar, whole grain flour) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 228 | *Civello v. Conopco, Inc*, No. 1:20-CV-01173 | S.D.N.Y. | 2/10/2020 | Vanilla bean ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 229 | *Taylor v. Tipp Distribs., Inc.*, No. 1:20-CV-00712 | E.D.N.Y. | 2/9/2020 | Iced tea (sugar content) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 230 | *Salerno v. The Coca-Cola Co., No.* 1:20-00711 | E.D.N.Y. | 2/8/2020 | Iced tea (sugar content) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 231 | *Hamilton v. Orgain, Inc*, No. 1:20-CV-01084 | S.D.N.Y. | 2/7/2020 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 232 | *Swantek v. Save-A-Lot Holdings, Inc.*, 7:20-CV-00894 | S.D.N.Y. | 2/3/2020 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 233 | *Brown v. Walgreen Co.*, No. 7:20-CV-00891 | S.D.N.Y. | 2/1/2020 | Graham crackers (honey and whole grain flour) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 234 | *Twohig v. Shop-Rite Supermarkets, Inc.*, No. 7:20-CV-00763 | S.D.N.Y. | 1/28/2020 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 235 | *Papoulis v. Pac. Foods of Or., LLC*, No. 1:2-CV-00432 | E.D.N.Y. | 1/27/2020 | Vanilla-flavored coconut milk beverage (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 236 | *Powell v. Dollar Tree Stores, Inc.*, 1:20-CV-00734 | S.D.N.Y. | 1/27/2020 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 237 | *Batchelor v. The Coca-Cola Co.*, No. 7:20-CV-00594 | S.D.N.Y. | 1/23/2020 | Iced tea (sugar) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 238 | *Figueroa v. Trader Joe's Co.*, No. 1:20-CV-00322 | E.D.N.Y. | 1/21/2020 | Vanilla-flavored cereal (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 239 | *Sanders v. Trader Joe's Co.*, No. 1:20-CV-00496 | S.D.N.Y. | 1/19/2020 | Vanilla-flavored cereal (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 240 | *Pichardo v. Only What You Need, Inc.*, No. 1:20-CV-00493 | S.D.N.Y. | 1/18/2020 | Vanilla-flavored plant-based beverages (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 241 | *Collishaw v. Cooperative Regions of Organic Producer Pools*, No. 7:20-CV-00277 | S.D.N.Y. | 1/12/2020 | Vanilla-flavored protein beverage (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 242 | *Darby v. Prairie Farms Dairy, Inc.*, No. 1:20-CV-00151 | S.D.N.Y. | 1/7/2020 | Vanilla bean ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 243 | *Lamouth v. Horizon Organic Dairy, LLC*, No. 1:19-CV-11928 | S.D.N.Y. | 12/31/2019 | Vanilla organic lowfat milk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 244 | *Williams v. Krispy Kreme Doughnut Corp.*, No. 1:19-CV-11878 | S.D.N.Y. | 12/27/2019 | Glazed apple pie (fruit filling) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 245 | *Rosado v. Riverside Partners L.L.C.*, No. 1:19-CV-07228 | E.D.N.Y. | 12/26/2019 | French-vanilla flavored cookies (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 246 | *Santiago v. Lidl US, LLC*, No. 1:19-CV-07206 | E.D.N.Y. | 12/23/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 247 | *Lopez-Barnett v. Trader Joe's Co.*, No. 7:19-CV-11469 | S.D.N.Y. | 12/14/2019 | Corn flakes (evaporated cane juice) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 248 | *Cartelli v. Danone US, Inc*., No. 7:19-CV-11354 | S.D.N.Y. | 12/12/2019 | Dairy-free soy creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 249 | *Lytkine v. 7-Eleven, Inc.*, No. 1:19-CV-11352 | S.D.N.Y. | 12/11/2019 | Ice cream sandwich cookie (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 250 | *Louis v. The Mochi Ice Cream Co.*, No. 1:19-CV-11242 | S.D.N.Y. | 12/8/2019 | Vanilla bean mochi ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 251 | *Fore-Heron v. The Price Chopper, Inc*., No. 7:19-CV-11224 | S.D.N.Y. | 12/6/2019 | Vanilla almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 252 | *Cummings v. Topco Assocs., LLC*, No. 1:19-CV-11104 | S.D.N.Y. | 12/4/2019 | Vanilla almondmilk (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 253 | *Nelles v. Pac. Foods of Or., LLC* , No. 1:19-CV-11025 | S.D.N.Y. | 12/1/2019 | Vanilla organic almond plant-based beverage (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 254 | *Newton v. Whitewave Servs., Inc.* , No. 1:19-CV-06743 | E.D.N.Y. | 11/30/2019 | Vanilla-flavored almond creamer (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 255 | *King v. H Mart, Inc.* , No. 1:19-CV-06736 | E.D.N.Y. | 11/29/2019 | Vanilla-flavored mochi ice cream (vanilla) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 256 | *Lyons v. Wells Enters., Inc* ., No. 7:19-CV-10916 | S.D.N.Y. | 11/26/2019 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 257 | *Richardson v. Mars, Inc.* , No. 7:19-CV-10860 | S.D.N.Y. | 11/23/2019 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 258 | *Chau v. Trader Joe's E. Inc.* , No. 1:19-CV-06596 | E.D.N.Y. | 11/21/2019 | Instant oatmeal (organic dehydrated cane juice solids) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 259 | *Benites v. 7-Eleven, Inc.*, No. 1:19-CV-06551 | E.D.N.Y. | 11/20/2019 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 260 | *Cosgrove v. Oregon Chai, Inc.*, No. 1:19-CV-10686 | S.D.N.Y. | 11/18/2019 | Vanilla-flavored powdered chai tea mix packets (vanilla) | New York GBL §§ 349 & 350, California Consumer Protection Laws et seq. and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 261 | *Warren v. Whole Foods Mkt. Grp., Inc.*, No. 1:19-CV-06448 | E.D.N.Y. | 11/15/2019 | Instant oatmeal (organic dehydrated cane juice solids) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breaches of Express Warranty, Implied Warranty of Merchantability and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq; Fraud; Unjust Enrichment |
| 262 | *Vinales v. Kemps LLC*, No. 1:19-CV-10463 | S.D.N.Y. | 11/11/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 263 | *Legrier v. Walmart Inc.*, No. 1:19-CV-10433 | S.D.N.Y. | 11/8/2019 | Vanilla bean ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 264 | *Dashnau v. Unilever Mfg. (US), Inc.*, No. 7:19-CV-10102 | S.D.N.Y. | 10/31/2019 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 265 | *Henderson v. Rite Aid Corp.*, No. 1:19-CV-09870 | S.D.N.Y. | 10/25/2019 | Gourmet praline pecans (evaporated cane juice) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 266 | *Barreto v. Westbrae Nat., Inc.*, No. 7:19-CV-09677 | S.D.N.Y. | 10/20/2019 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 267 | *Burke v. Whole Foods Mkt. Grp., Inc.*, No. 1:19-CV-05913 | E.D.N.Y. | 10/18/2019 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 268 | *Housell v. Annie's Homegrown, Inc.*, No. 7:19-CV-09670 | S.D.N.Y. | 10/18/2019 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 269 | *Smith v. Moran Foods, LLC*, No. 1:19-CV-09453 | S.D.N.Y. | 10/12/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 270 | *Smith v. Moran Foods, LLC*, No. 7:19-CV-09453 | S.D.N.Y. | 10/12/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 271 | *Gensberg v. Aldi*, No. 19-5745 | E.D.N.Y. | 10/10/2019 | Vanilla-flavored soymilk (vanilla) | New York GBL; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 272 | *Pinkston v. Whole Foods Mkt. Grp., Inc.*, No. 1:19-CV-09362 | S.D.N.Y. | 10/9/2019 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 273 | *Steele v. Wegmans Food Mkts., Inc.*, No. 1:19-CV-09227 | S.D.N.Y. | 10/4/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 274 | *Hyde v. WWF Operating Co., LLC*, No. 1:19-CV-05566 | E.D.N.Y. | 10/2/2019 | Vanilla-flavored soymilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 275 | *Cosgrove v. Blue Diamond Growers*, No. 1:19-CV-08993 | S.D.N.Y. | 9/27/2019 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 276 | *Parham v. Aldi Inc*., No. 1:19-CV-08975 | S.D.N.Y. | 9/26/2019 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 277 | *Cicciarella v. Califia Farms, LLC*, No. 7:19-CV-08785 | S.D.N.Y. | 9/22/2019 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 278 | *Baez v. Bio-Nutritional Research Grp., Inc*, No. 1:19-CV-08729 | S.D.N.Y. | 9/19/2019 | Protein Bars (mint, caramel, vanilla, wild berry) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 279 | *Varelli v. Blue Diamonds Growers* , No. 1:19-CV-05259 | E.D.N.Y. | 9/14/2019 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 280 | *Trust v. Silk Operating Co. LLC* , No. 7:19-CV-08442 | S.D.N.Y. | 9/11/2019 | Vanilla-flavored almondmilk (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 281 | *Musikar v. Cumberland Farms, Inc.* , No. 7:19-CV-08410 | S.D.N.Y. | 9/10/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 282 | *Clarke v. Tillamook Cty. Creamery Ass'n* , No. 7:19-CV-08207 | S.D.N.Y. | 9/3/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 283 | *Fields v. Friendly's Mfg. and Retail, LLC* , No. 1:18-CV-04924 | E.D.N.Y. | 8/28/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 284 | *Weber-Lugo v. Aldi Inc.* , No. 1:19-CV-04861 | E.D.N.Y. | 8/24/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 285 | *Kane v. Turkey Hill, L.P.* , No. 2:19-CV-04794 | E.D.N.Y. | 8/20/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 286 | *Haut v. Glanbia Performance Nutrition (Mfg.), Inc.*, No. 1:19-CV-04566 | E.D.N.Y. | 8/7/2019 | Oatmeal cups and packets (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 287 | *Charles v. Friendly's Mfg. & Retail, LLC*, No. 1:19-CV-06571 | S.D.N.Y. | 7/15/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 288 | *Winston v. The Hershey Co.*, No. 1:19-CV-03735 | E.D.N.Y. | 6/26/2019 | White chocolate flavored peanut butter cups (white chocolate) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 289 | *Liou v. Nestle Dreyer's Ice Cream Co.*, No. 1:19-CV-05762 | S.D.N.Y. | 6/20/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 290 | *Derchin v. Unilever U.S., Inc.*, No. 1:19-CV-03543 | E.D.N.Y. | 6/17/2019 | Vanilla-flavored ice cream (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Warranty and the Magnuson Moss Warranty Act; Fraud; Unjust Enrichment |
| 291 | *Rivas v. The Hershey Co.*, No. 1:19-CV-03379 | E.D.N.Y. | 6/7/2019 | White chocolate flavored crisp wafers (white chocolate) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Violations of California's False Advertising and Unfair Competition Law; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 292 | *Andriulli v. Danone N. Am., LLC,* No. 7:19-CV-05165 | S.D.N.Y. | 6/2/2019 | Vanilla-flavored yogurt products (vanilla) | Connecticut Unfair Trade Practices Act, Conn. Gen Stat § 42-110a, et. seq., New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Violations of California's False Advertising and Unfair Competition Law; Negligent Misrepresentation; Breach of Warranty and Implied Warranty of Merchantabilitly; Fraud; Unjust Enrichment |
| 293 | *Garadi v. Mars Wrigley Confectionary US, LLC ,* No. 1:19-CV-03209 | E.D.N.Y. | 5/29/2019 | Vanilla-flavored ice cream products (vanilla) | New York GBL §§ 349 & 350, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Violations of California's False Advertising and Unfair Competition Law; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 294 | *Dalton v. Mott's LLP ,* No. 1:19-CV-02960 | E.D.N.Y. | 5/19/2019 | Carbonated soft drinks (lime, black cherry, orange, vanilla) | New York GBL §§ 349 & 350, Florida Deceptive and Unfair Trade Practices, Act Florida Statutes § 501.201, Massachusetts Unfair and Deceptive Practices Act, Mass. Gen Laws ch. 93A, California Consumers Legal Remedies Act, Civ. Code §§ 1750-1785 and Consumer Protection Statutes of Other States and Territories; Violations of California's False Advertising and Unfair Competition Law; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 295 | *Louis v. Nature's Path Foods USA Inc. ,* No. 1:19-CV-02584 | E.D.N.Y. | 5/1/2019 | Toaster pastries (acai) | New York GBL §§ 349 & 350, California's Consumer Legal Remedies Act, Civ Code §§ 1750-1785, and Consumer Protection Statutes of Other States and Territories; Violations of California's False Advertising and Unfair Competition Law; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 296 | *Copeland v. Post Consumer Brands, LLC*, No. 2:19-CV-02488 | E.D.N.Y. | 4/26/2019 | Breakfast cereals and snacks (cocoa) | New York GBL §§ 349 & 350, California's Consumer Legal Remedies Act, Civ Code §§ 1750-1785, and Consumer Protection Statutes of Other States and Territories; Violations of California's False Advertising and Unfair Competition Law; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 297 | *Harris v. Mondelez Glob. LLC*, No. 1:19-CV-02249 | E.D.N.Y. | 4/17/2019 | Chocolate and crème filling sandwich cookies (cocoa) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 298 | *Lopez v. SPC Mgmt Co., Inc.* No. 2:19-CV-01875 | E.D.N.Y. | 4/1/2019 | Wafer and cookies ("real cocoa," "real vanilla" and "real fruit" claims) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 299 | *Lopez v. General Mills Sales, Inc.*, No. 2:19-CV-01841 | E.D.N.Y. | 3/31/2019 | Chocolate-flavored breakfast cereals (cocoa) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 300 | *Rosenberg v. Bareburger Grp. LLC*, No. 1:19-CV-01634 | E.D.N.Y. | 3/22/2019 | All products ("organic" claim) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 301 | *Jones v. Welch Foods Inc., A Coop.*, No. 1:19-CV-01532 | E.D.N.Y. | 3/18/2019 | Fruit snacks (Fruit, fiber) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 302 | *Sarr v. The A2 Milk Co.*, No. 1:19-CV-01265 | E.D.N.Y. | 3/5/2019 | Milk (BCM-7) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 303 | *Faison v. L & K Coffee Co., L.L.C.*, No. 1:19-CV-01248 | E.D.N.Y. | 3/3/2019 | Coffee (source composition) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 304 | *Simon v. Campbell Soup Co.*, No. 1:!0-CV-01209 | E.D.N.Y. | 2/28/2019 | Fruit and vegetable beverage blends (caffeine) | New York GBL §§ 349 & 350 and Consumer Protection Statutes of Other States and Territories; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 305 | *Sibrian v. Cento Fine Foods, Inc.*, No. 2:19-CV-00974 | E.D.N.Y. | 2/19/2019 | Canned tomatoes (source claim) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 306 | *Watson v. Kellogg Sales Co.*, No. 1:19-CV-01356 | S.D.N.Y. | 2/12/2019 | Graham Cracker (white flour) | New York GBL §§ 349 & 350 and Illinois Consumer Fraud and Deceptive Business Practices Act; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 307 | *Sharpe v. A & W Concentrate Co.*, No. 1:19-CV-00768 | E.D.N.Y. | 2/7/2019 | Carbonated soft drinks (vanilla) | New York GBL §§ 349 & 350 and Illinois Consumer Fraud and Deceptive Business Practices Act; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 308 | *Jamison v. Target Corp.*, No. 1:19-CV-00650 | E.D.N.Y. | 2/1/2019 | Graham crackers (refined white flour and sugar) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 309 | *Brown v. Walmart Inc.*, No. 2:19-CV-00569 | E.D.N.Y. | 1/29/2019 | Graham crackers (refined white flour and sugar) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 310 | *Kennedy v. Mondelez Glob. LLC*, No. 1:19-CV-00302 | E.D.N.Y. | 1/15/2019 | Graham crackers (refined white flour) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 311 | *Elliott v. Food For Life Baking Co., Inc.*, No. 1:19-CV-00249 | E.D.N.Y. | 1/13/2019 | Breakfast cereal (nutritional claims) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 312 | *Hightower v. Beyond Better Foods, LLC*, No. 1:19-CV-00004 | E.D.N.Y. | 1/1/2019 | Ice cream (low fat, light claims) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 313 | *Gibbs v. Pepperidge Farm, Inc.*, No. 1:18-CV-07411 | E.D.N.Y. | 12/27/2018 | Garlic bread (butter) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 314 | *Bowman v. Tropicana Products, Inc.*, No. 1:18-CV-07251 | E.D.N.Y. | 12/19/2018 | Fruit juices (nutritional claims) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 315 | *Melendez v. One Brands, LLC*, No. 1:18-CV-06650 | E.D.N.Y. | 11/20/2018 | Nutrition bars (carbohydrate content) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 316 | *Sarr v. BEF Foods, Inc.*, No. 1:18-CV-06409 | E.D.N.Y. | 11/11/2018 | Mashed potatoes (butter) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 317 | *Brown v. Miyoko's Kitchen, Inc.*, No. 2:18-CV-06079 | E.D.N.Y. | 10/30/2018 | Alternative dairy products (butter) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 318 | *Evans v. Small Planet Foods, Inc.*, No. 1:18-CV-06009 | E.D.N.Y. | 10/26/2018 | Fruit and nut bars (whole food) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 319 | *Campbell-Clark v. Blue Diamond Growers*, No. 1:18-CV-05577 | E.D.N.Y. | 10/5/2018 | Crackers (almond content) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 320 | *Song v. Kind LLC*, No. 1:18-CV-04982 | E.D.N.Y. | 9/4/2018 | Fruit bars (whole fruit) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 321 | *Ransom v. Premier Nutrition Corp.*, No. 1:18-CV-04617 | E.D.N.Y. | 8/16/2018 | Protein bars (milk protein) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 322 | *Pizzirusso v. Chi. Bar Co. LLC*, No. 1:18-CV-03529 | E.D.N.Y. | 6/15/2018 | Food bars (egg whites) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 323 | *Condon v. Unilever U.S., Inc.*, No. 2:18-CV-02977 | E.D.N.Y. | 5/18/2018 | Ice cream (soluble corn fiber) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 324 | *Berger v. Eden Creamery LLC*, No. 1:18-CV-02745 | E.D.N.Y. | 5/9/2018 | Ice cream ("light" claim) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 325 | *Reyes v. Crystal Farms Refrigerated Distrib. Co.*, No. 1:18-CV-02250 | E.D.N.Y. | 4/16/2018 | Mashed potatoes (butter) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 326 | *Louis v. Stop & Shop Supermarket Co. LLC*, No. 1:18-CV-02221 | E.D.N.Y. | 4/15/2018 | Mashed potatoes (butter) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 327 | *Jamison v. Trader Joe's Co.*, No. 1:18-CV-02216 | E.D.N.Y. | 4/14/2018 | Fruit bars (whole fruit) | New York GBL §§ 349 & 350; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |

| | Case Name and Number | Court | Date Filed | Product and Ingredient at Issue | Claims Brought |
|---|---|---|---|---|---|
| 328 | *Medina v. That's It Nutrition, LLC*, No. 1:18-CV-02022 | E.D.N.Y. | 4/4/2018 | Snack food products (whole fruit) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 329 | *Richburg v. Rebbl, Inc.*, No. 1:18-CV-01674 | E.D.N.Y. | 3/16/2018 | Plant-based beverages (super herbs, coconut milk) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 330 | *Condon v. Eat Real Snacks USA LLC*, No. 2:18-CV-01497 | E.D.N.Y. | 3/10/2018 | Snack products (corn) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 331 | *Ransom v. I Heart Foods Corp.*, No. 1:18-CV-01465 | E.D.N.Y. | 3/8/2018 | Snack products (quinoa) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 332 | *Hightower v. Am. Halal Co. Inc.*, No. 1:18-CV-01293 | E.D.N.Y. | 2/28/2018 | Crackers (corn and pea flour) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 333 | *Louis v. MJS Am. LLC*, No. 1:18-CV-01046 | E.D.N.Y. | 2/18/2018 | Snack products (rice and peas) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 334 | *Sanabria v. Simple Mills Inc.*, No. 2:18-CV-00809 | E.D.N.Y. | 2/6/2018 | Crackers (almond flour content) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud; Unjust Enrichment |
| 335 | *Leguette v. Schwans Co.*, No. 1:17-CV-07599 | E.D.N.Y. | 12/31/2017 | Frozen desserts (butter) | New York GBL §§ 349 & 350; Breach of Express Warranty and Implied Warranty of Merchantability; Unjust Enrichment |
| 336 | *Leguette v. Schwans Co.*, No. 1:19-CV-02551 | E.D.N.Y. | 12/31/2017 | Frozen desserts (butter) | Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), F.S.A., 501.201, et seq; Negligent Misrepresentation; Breach of Express Warranty and Implied Warranty of Merchantability; Fraud, Unjust Enrichment |
| 337 | *Berger v. MFI Holding Corp.*, No. 2:17-CV-05728 | E.D.N.Y. | 11/17/2017 | Refrigerated potato products (butter) | New York GBL §§ 349 & 350; Fraud; Implied Warranty of Merchantability; Unjust Enrichment |

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### WESTERN DIVISION

| | |
|---|---|
| Amber Knautz, individually and on behalf of all others similarly situated, | 3:22-cv-50236 |
| Plaintiff, | |
| - against - | Class Action Complaint |
| Walmart Inc., | Jury Trial Demanded |
| Defendant | |

Plaintiff alleges upon information and belief, except for allegations pertaining to Plaintiff, which are based on personal knowledge:

1.     Walmart Inc. ("Defendant") manufactures, markets, labels, and sells chocolate caramel coffee whitener identified as a coffee creamer under the Great Value brand ("Product").

## I.     DAIRY PRODUCTS AND COFFEE

2.     Coffee drinkers often add dairy products, ranging from skim milk to heavy cream, to soften its naturally strong taste.

3.     Google Dictionary defines cream as "the thick white or pale yellow fatty liquid which rises to the top when milk is left to stand."

4.     Merriam-Webster defines cream as the "yellowish part of milk containing from 18 to about 40 percent butterfat."

5.     The Britannica Dictionary defines cream as "the thick part of milk that rises to the top; the part of milk that contains fat."

6.     Collins Dictionary defines cream as "a thick yellowish-white liquid taken from milk."

7. Dictionary.com defines cream as "the fatty part of milk, which rises to the surface when the liquid is allowed to stand unless homogenized."

8. The Food and Drug Administration ("FDA") and identical State regulations, define cream as "the liquid milk product high in fat separated from milk, [with] not less than 18 percent milkfat." 21 C.F.R. § 131.3(a).

9. Coffee cream – also called light cream – is a specialized dairy product made for whitening coffee, "which contains not less than 18 percent but less than 30 percent milkfat," with added sweeteners and/or flavorings. 21 C.F.R. § 131.155(a).

## II. NON-DAIRY COFFEE WHITENERS

10. Non-dairy coffee whiteners were introduced in the 1960s.

11. These products distinguished themselves from types of cream made from dairy ingredients.

12. First, they were sold under the generic name, "coffee whiteners."

13. Second, they were stocked in the frozen food sections of grocery stores.

14. In contrast, coffee cream and other dairy products were sold in the refrigerated foods section in the dairy case.

15. Third, the front label of these products prominently disclosed they were not dairy products.

16. Their labels included statements such as "A Vegetable Product – Contains No Milk or Milk Fat," and "To Whiten and Enrich Coffee."

## III.   COFFEE CREAMER WITHOUT CREAM

17.   The Product is marketed as a "Coffee Creamer," shown through its statement of identity at eye level, on the middle of the label, above the identified flavor of Chocolate Caramel.







18.   The lower right corner contains a yellow seal stating, "Ultra Pasteurized."

19.   "Pasteurized" refers to a process of partial sterilization, typically through heat treatment, that destroys pathogenic microorganisms in certain foods and beverages.

20.   Milk-based beverages are required by law to be pasteurized and are the products most commonly pasteurized.

21.   Consumers associate pasteurization with milk-based beverages because it has always been a requirement that pasteurization is prominently disclose on their front labels, shown on the images of the milk and light cream below.

3



22.    By representing the Product with the statements, "Coffee Creamer" and "Ultra Pasteurized," consumers are misled because it lacks cream and dairy ingredients beyond a *de minimis* amount of sodium caseinate, a milk derivative, shown through the ingredient list.

**INGREDIENTS:** SUGAR, WATER, SUNFLOWER OIL, CORN SYRUP, LESS THAN 2% OF NATURAL AND ARTIFICIAL FLAVORS, COCOA PROCESSED WITH ALKALI, SODIUM CASEINATE (A MILK DERIVATIVE*), DIPOTASSIUM PHOSPHATE, POLYSORBATE 60, MONO AND DIGLYCERIDES, COLOR ADDED, SODIUM STEAROYL LACTYLATE, CARRAGEENAN, CARAMEL COLOR, RED 40, BLUE 1. *NOT A SOURCE OF LACTOSE.

23. In place of cream, the Product substitutes water and sunflower oil, the second and third ingredients, to reduce costs.

24. Cream is known for its "creamy" taste because milkfat contains hundreds of lactones, aroma compounds which contribute to its taste.

25. The name "coffee creamer" is almost identical to "coffee cream," defined by the FDA as a dairy product.

26. Consumers value cream from dairy ingredients for its nutritive purposes.

27. Research indicates fats in dairy ingredients do not increase the risk of cardiovascular disease or increase cholesterol, in contrast to vegetable oils.

28. Dairy ingredients also contain protein, calcium and vitamins A, D, E, and K, which are absent from refined vegetable oils like sunflower oil.

29.     Consumers are misled to expect the presence of cream, from dairy ingredients.

30.     Defendant makes other representations and omissions with respect to the Product which are false and misleading.

31.     Reasonable consumers must and do rely on a company to honestly and lawfully market and describe the components, attributes, and features of a product, relative to itself and other comparable products or alternatives.

32.     The value of the Product that Plaintiff purchased was materially less than its value as represented by Defendant.

33.     Defendant sold more of the Product and at higher prices than it would have in the absence of this misconduct, resulting in additional profits at the expense of consumers.

34.     Had Plaintiff known the truth, she would not have bought the Product or would have paid less for it.

35.     As a result of the false and misleading representations, the Product is sold at a premium price, approximately no less than $3.68 for 32 FL OZ (946 mL), excluding tax and sales, higher than similar products, represented in a non-misleading way, and higher than it would be sold for absent the misleading representations and omissions.

<u>Jurisdiction and Venue</u>

36.     Jurisdiction is based on the Class Action Fairness Act of 2005 ("CAFA"). 28 U.S.C. § 1332(d)(2).

37.     The aggregate amount in controversy exceeds $5 million, including any statutory and punitive damages, exclusive of interest and costs.

38.     Plaintiff Amber Knautz is a citizen of Illinois.

39.     Defendant Walmart Inc. is a Delaware corporation with a principal place of business

in Bentonville, Arkansas, Benton County.

40. Plaintiff's citizenship of Illinois is diverse from Defendant's.

41. The class of persons Plaintiff seeks to represent includes persons who are citizens of different states from which Defendant is a citizen.

42. The members of the class Plaintiff seeks to represent are more than 100, because the Product has been sold for several years, with the representations described here, at hundreds of stores in the states covered by Plaintiff's proposed classes.

43. The Product is available to consumers from Defendant's stores and website.

44. Venue is in this District because Plaintiff resides in this District and the actions giving rise to the claims occurred within this District.

45. This action is properly assigned to the Western Division of this District because a substantial part of the events or omissions giving rise to these claims occurred in Stephenson County, including Plaintiff's purchase, consumption, and/or use of the Product and awareness and/or experiences of and with the issues described.

Parties

46. Plaintiff Amber Knautz is a citizen of Freeport, Stephenson County, Illinois.

47. Defendant Walmart Inc. is a Delaware corporation with a principal place of business in Bentonville, Benton County, Arkansas.

48. Walmart is an American multinational retail corporation that operates a chain of over 5,000 supercenters throughout the nation, selling everything from furniture to groceries.

49. While Walmart sells leading national brands, it also sells a large number of products under one of its private label brands, Great Value.

50. Private label products are made by third-party manufacturers and sold under the

name of the retailer, or its sub-brands.

51.   Previously referred to as "generic" or "store brand," private label products have increased in quality, and often are superior to their national brand counterparts.

52.   Products under the Great Value brand have an industry-wide reputation for quality and value.

53.   In releasing products under the Great Value brand, Defendant's foremost criteria was to have high-quality products that were equal to or better than the national brands.

54.   Defendant is able to get national brands to produce its private label items due its loyal customer base and tough negotiating.

55.   That Great Value branded products met this high bar was proven by focus groups, which rated them above the name brand equivalent.

56.   Private label products generate higher profits for retailers because national brands spend significantly more on marketing, contributing to their higher prices.

57.   A survey by The Nielsen Co. "found nearly three out of four American consumers believe store brands are good alternatives to national brands, and more than 60 percent consider them to be just as good."

58.   Private label products under the Great Value brand benefit by their association with consumers' appreciation for the Walmart brand as a whole.

59.   The development of private label items is a growth area for Walmart, as they select only top suppliers to develop and produce Great Value products.

60.   These facts show a company with a significant amount of goodwill and equity when it comes to consumer purchasing.

61.   Plaintiff purchased the Product on one or more occasions within the statutes of

limitations for each cause of action alleged, at Defendant's stores, at locations such as 2545 Il

Route 26 S, Freeport, IL 61032, between March and April 2022, among other times.

62.     Plaintiff bought the Product because she believed and expected the Product contained

cream, a dairy ingredient because that is what the representations and omissions said and implied,

on the front label and/or the absence of any reference or statement elsewhere on the Product.

63.     Plaintiff relied on the words, terms coloring, descriptions, layout, placement,

packaging, hang tags, and/or images on the Product, on the labeling, statements, omissions, claims,

and instructions, made by Defendant or at its directions, in digital, print and/or social media, which

accompanied the Product and separately, through in-store, digital, audio, and print marketing.

64.     Plaintiff bought the Product at or exceeding the above-referenced price.

65.     Plaintiff would not have purchased the Product if she knew the representations and

omissions were false and misleading or would have paid less for it.

66.     Plaintiff chose between Defendant's Product and products represented similarly, but

which did not misrepresent their attributes, requirements, instructions, features, and/or

components.

67.     The Product was worth less than what Plaintiff paid and she would not have paid as

much absent Defendant's false and misleading statements and omissions.

Class Allegations

68.     Plaintiff seeks certification under Fed. R. Civ. P. 23 of the following classes:

> **Illinois Class:** All persons in the State of Illinois who
> purchased the Product during the statutes of
> limitations for each cause of action alleged; and
>
> **Consumer Fraud Multi-State Class**: All persons in
> the States of North Dakota, Texas, West Virginia,
> Virginia, Kentucky, New Mexico, Oklahoma, Utah,
> Nebraska, South Carolina, Kansas, and Wyoming
> who purchased the Product during the statutes of

9

limitations for each cause of action alleged.

69.     Common questions of issues, law, and fact predominate and include whether Defendant's representations were and are misleading and if Plaintiff and class members are entitled to damages.

70.     Plaintiff's claims and basis for relief are typical to other members because all were subjected to the same unfair, misleading, and deceptive representations, omissions, and actions.

71.     Plaintiff is an adequate representative because her interests do not conflict with other members.

72.     No individual inquiry is necessary since the focus is only on Defendant's practices and the class is definable and ascertainable.

73.     Individual actions would risk inconsistent results, be repetitive and are impractical to justify, as the claims are modest relative to the scope of the harm.

74.     Plaintiff's counsel is competent and experienced in complex class action litigation and intends to protect class members' interests adequately and fairly.

Illinois Consumer Fraud and Deceptive Business Practices Act
("ICFA"), 815 ILCS 505/1, et seq.

(Consumer Protection Statute)

75.     Plaintiff incorporates by reference all preceding paragraphs.

76.     Plaintiff believed the Product contained cream, understood as a dairy ingredient.

77.     Defendant's false, misleading, and deceptive representations and omissions are material in that they are likely to influence consumer purchasing decisions.

78.     Defendant misrepresented the Product through statements, omissions, ambiguities, half-truths and/or actions.

79.     Plaintiff relied on the representations and omissions to believe the Product contained

10

cream, understood as a dairy ingredient.

80.     Plaintiff would not have purchased the Product or paid as much if the true facts had

been known, suffering damages.

81.     Plaintiff seeks class-wide injunctive relief because the practices continue.

Violation of State Consumer Fraud Acts

(On Behalf of the Consumer Fraud Multi-State Class)

82.     The Consumer Fraud Acts of the States in the Consumer Fraud Multi-State Class are

similar to the consumer protection statute invoked by Plaintiff and prohibit the use of unfair or

deceptive business practices in the conduct of commerce.

83.     The members of the Consumer Fraud Multi-State Class reserve their rights to assert

their consumer protection claims under the Consumer Fraud Acts of the States they represent

and/or the consumer protection statute invoked by Plaintiff.

84.     Defendant intended that members of the Consumer Fraud Multi-State Class would

rely upon its deceptive conduct.

85.     As a result of Defendant's use of artifice, and unfair or deceptive acts or business

practices, the members of the Consumer Fraud Multi-State Class sustained damages.

86.     Defendant's conduct showed motive and a reckless disregard of the truth such that

an award of punitive damages is appropriate.

Breaches of Express Warranty,<br>
Implied Warranty of Merchantability/Fitness for a Particular Purpose<br>
and Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, <em>et seq.</em>

87.     The Product was manufactured, identified, marketed, and sold by Defendant and

expressly and impliedly warranted to Plaintiff that it contained cream, understood as a dairy

ingredient.

11

88.     Defendant directly marketed the Product to Plaintiff through its advertisements and marketing, through various forms of media, on the packaging, in print circulars, direct mail, product descriptions distributed to resellers, and targeted digital advertising.

89.     Defendant knew the product attributes that potential customers like Plaintiff were seeking and developed its marketing and labeling to directly meet those needs and desires.

90.     Defendant's representations about the Product were conveyed in writing and promised it would be defect-free, and Plaintiff understood this meant that it contained cream, understood as a dairy ingredient.

91.     Defendant's representations affirmed and promised that the Product contained cream, understood as a dairy ingredient.

92.     Defendant described the Product so Plaintiff believed it contained cream, understood as a dairy ingredient, which became part of the basis of the bargain that it would conform to its affirmations and promises.

93.     Defendant had a duty to disclose and/or provide non-deceptive descriptions and marketing of the Product.

94.     This duty is based on Defendant's outsized role in the market for this type of Product, a trusted company known for its high-quality products.

95.     Plaintiff recently became aware of Defendant's breach of the Product's warranties.

96.     Plaintiff provided or will provide notice to Defendant, its agents, representatives, retailers, and their employees.

97.     Plaintiff hereby provides notice to Defendant that it breached the express and implied warranties associated with the Product.

98.     Defendant received notice and should have been aware of these issues due to

complaints by third-parties, including regulators, competitors, and consumers, to its main offices, and by consumers through online forums.

99. The Product did not conform to its affirmations of fact and promises due to Defendant's actions.

100. The Product was not merchantable because it was not fit to pass in the trade as advertised, not fit for the ordinary purpose for which it was intended and did not conform to the promises or affirmations of fact made on the packaging, container or label, because it was marketed as if it contained cream, a dairy ingredient.

101. The Product was not merchantable because Defendant had reason to know the particular purpose for which the Product was bought by Plaintiff, because she expected it contained cream, a dairy ingredient, and she relied on Defendant's skill and judgment to select or furnish such a suitable product.

102. Plaintiff would not have purchased the Product or paid as much if the true facts had been known, suffering damages.

<u>Negligent Misrepresentation</u>

103. Defendant had a duty to truthfully represent the Product, which it breached.

104. This duty was non-delegable, based on Defendant's position, holding itself out as having special knowledge and experience in this area, a trusted company, known for its transparent labeling, and its commitment to putting customers first.

105. Defendant's representations and omissions regarding the Product went beyond the specific representations on the packaging, as they incorporated the extra-labeling promises and commitments to quality, transparency and putting customers first, that it has been known for.

106. These promises were outside of the standard representations that other companies may make in a standard arms-length, retail context.

107.   The representations took advantage of consumers' cognitive shortcuts made at the point-of-sale and their trust in Defendant.

108.   Plaintiff reasonably and justifiably relied on these negligent misrepresentations and omissions, which served to induce and did induce, their purchase of the Product.

109.   Plaintiff would not have purchased the Product or paid as much if the true facts had been known, suffering damages.

<u>Fraud</u>

110.   Defendant misrepresented and/or omitted the attributes and qualities of the Product, that it contained cream, understood as a dairy ingredient.

111.   The records Defendant is required to maintain, and/or the information inconspicuously disclosed to consumers, provided it with actual and constructive knowledge of the falsity and deception, through statements and omissions.

112.   Defendant knew of the issues described here yet did not address them.

113.   Defendant's fraudulent intent is evinced by its knowledge that the Product was not consistent with its representations.

<u>Unjust Enrichment</u>

114.   Defendant obtained benefits and monies because the Product was not as represented and expected, to the detriment and impoverishment of Plaintiff and class members, who seek restitution and disgorgement of inequitably obtained profits.

<u>Jury Demand and Prayer for Relief</u>

Plaintiff demands a jury trial on all issues.

   **WHEREFORE**, Plaintiff prays for judgment:

1. Declaring this a proper class action, certifying Plaintiff as representative and the undersigned as counsel for the Class;

2. Entering preliminary and permanent injunctive relief by directing Defendant to correct the challenged practices to comply with the law;

3. Injunctive relief to remove, correct and/or refrain from the challenged practices and representations, and restitution and disgorgement for members of the Class pursuant to applicable laws;

4. Restitution and disgorgement for members of the Class pursuant to applicable laws;

5. Awarding monetary damages, statutory and/or punitive damages pursuant to any statutory claims and interest pursuant to the common law and other statutory claims;

6. Awarding costs and expenses, including reasonable fees for Plaintiff's attorneys and experts; and

7. Other and further relief as the Court deems just and proper.

Dated:   July 1, 2022

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com

# EXHIBIT C

# United States Patent Office

**795,649**
Registered Sept. 7, 1965

## PRINCIPAL REGISTER
### Trademark

Ser. No. 175,391, filed Aug. 20, 1963

## COFFEE RICH

Coffee Rich Inc. (Delaware corporation)
1145 Niagara St.
Buffalo, N.Y.

For: EDIBLE OLEAGINOUS EMULSION FOR USE AS ADDITIVE TO COFFEE BEVERAGE TO ENRICH ITS FLAVOR AND MODIFY ITS COLOR, in CLASS 46.

First use in about January 1961; in commerce in about January 1961.





# EXHIBIT D

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**
Renewal

Reg. No. 838,490
Registered Nov. 7, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### COFFEE-MATE

SOCIETE DES PRODUITS NESTLE S. A. (SWITZERLAND CORPORATION)
CASE POSTALE 353
VEVEY, SWITZERLAND, ASSIGNEE OF CARNATION COMPANY (DELA-WARE CORPORATION) LOS ANGE-LES, CA

OWNER OF U.S. REG. NO. 717,258.

FOR: POWDERED NON-DAIRY COFFEE CREAMER, IN CLASS 46 (INT. CL. 30).

FIRST USE 2-2-1961; IN COMMERCE 2-2-1961.

SER. NO. 259,404, FILED 11-25-1966.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**
Renewal

Reg. No. 838,490
Registered Nov. 7, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### COFFEE-MATE

SOCIETE DES PRODUITS NESTLE S. A.
(SWITZERLAND CORPORATION)
CASE POSTALE 353
VEVEY, SWITZERLAND, ASSIGNEE OF
CARNATION COMPANY (DELA-
WARE CORPORATION) LOS ANGE-
LES, CA

OWNER OF U.S. REG. NO. 717,258.

FOR: POWDERED NON-DAIRY
COFFEE CREAMER, IN CLASS 46 (INT.
CL. 30).

FIRST USE 2–2–1961; IN COMMERCE
2–2–1961.

SER. NO. 259,404, FILED 11–25–1966.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**838,490**
Registered Nov. 7, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 259,404, filed Nov. 25, 1966

## COFFEE-MATE

Carnation Company (Delaware corporation)
5045 Wilshire Blvd.
Los Angeles, Calif. 90036

For: POWDERED NON-DAIRY COFFEE CREAM-ER, in CLASS 46.

First use Feb. 2, 1961; in commerce Feb. 2, 1961.

Owner of Reg. No. 717,258.

P. P. GRALNICK, *Examiner.*











3