UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Western Division

Amber Knautz
                      Plaintiff,

v.                                             Case No.: 3:22−cv−50236
                                                      Honorable Iain D. Johnston

Walmart Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2023:

    MINUTE entry before the Honorable Margaret J. Schneider: Initial telephonic status conference held on 02/09/23 to discuss the status of the case. The Court has reviewed the parties' Joint Initial Status Report [28], which the Court interprets as a joint motion to stay discovery. This motion is granted. Discovery is stayed pending the Court's ruling on Defendant's motion to dismiss [17]. The parties are directed to file a joint status report by 04/07/23 updating the Court on the status of the case and any settlement discussions. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.